UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL TERRELL JOHNSON                        CIVIL ACTION

versus                                                            NO. 08-4208

N. BURL CAIN, WARDEN                          SECTION: "A" (3)

## O R D E R

The Court, having considered the petition, the record, the applicable law and the Supplemental Report and Recommendation of the United States Magistrate Judge, and Petitioner's objection to the Magistrate Judge's Supplemental Report and Recommendation, hereby approves the Supplemental Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the federal petition of **Michael Terrell Johnson** for *habeas corpus* relief is **DISMISSED WITH PREJUDICE**.

July 28, 2009

_____
UNITED STATES DISTRICT JUDGE